

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| LANCE PATTON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY DETENTION CENTER,<br><br>　　　　　　　Defendant. | No. CV 07-52-GF-SEH<br><br>**ORDER** |

On August 8, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 6

ORDERED:

1. Plaintiff's Complaint[2] is DISMISSED without prejudice for failure to keep the Court informed of his current mailing address. L.R. 5.5(b).

2. Plaintiff's Motion to Proceed *In Forma Pauperis*[3] is DENIED as moot.

3. Any appeal from this disposition will not be taken in good faith as the record is clear that Plaintiff failed to keep the Court informed of his current mailing address as required under L.R. 5.5(a). Fed. R. App. P. 24(a)(3).

DATED this 5th day of September, 2007.

*[signature]*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1

[3] Docket No. 2